

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| CLAUDIA LOZANO, | | No. 08-18-00221-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 120th District Court |
| | § | |
| SHYRELL ZANELL SHAW, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCV2434) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.